IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAMUEL A. DUBYAK,**<br><br>Petitioner,<br><br>v.<br><br>**BEN CURRY, WARDEN,**<br><br>Respondent. | C 08-0667 JSW<br><br>**[PROPOSED] ORDER**<br><br><br><br>Judge: The Honorable Jeffrey S. White |

This Court considered Respondent's Request for an Extension of Time to Respond to Petition, and good cause appearing,

IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time is **GRANTED**. Respondent may file a responsive pleading on or before August 6, 2008. If Petitioner wishes to respond to the answer or motion, he shall do so by filing a traverse or opposition to the motion with this Court and serving it on Respondent within 30 days of his receipt of the response.

Dated: _____

The Honorable Jeffrey S. White
United States District Judge

[Proposed] Order

*Dubyak v. Curry*
C 08-0667 JSW

1