1

2

3

4

5

**FILED**

JUN 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6      IN THE UNITED STATES DISTRICT COURT

7      FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    SAMUEL ALLEN DUBYAK,                )    No. C 08-0667 JSW (PR)
                                         )
10             Petitioner,               )
                                         )    **ORDER DENYING MOTION FOR**
11       vs.                             )    **STAY; TO SHOW CAUSE**
                                         )
12   BEN CURRY, Warden,                  )
                                         )    (Docket No. 3)
13             Respondent.               )
                                         )
14   _____)

15

16           Petitioner, a prisoner of the State of California, has filed a habeas corpus petition

17   pursuant to 28 U.S.C. § 2254 challenging the Board of Parole Hearings' decision to deny

18   Petitioner parole. On May 7, 2008, the Court ordered Respondent to show cause why the

19   petition should not be granted based on Petitioner's cognizable claims. Instead of filing

20   an answer or motion to dismiss, as Respondent was ordered to do, Respondent filed a

21   motion to stay this case indefinitely, pending the issuance of a decision in *Hayward v.*

22   *Marshall*, 512 F.3d 536 (9th Cir.), *reh'g en banc granted*, No. 06-55392, slip op. at 1

23   (9th Cir. May 16, 2008).

24           Respondent asserts that a stay is warranted on basis of judicial economy because

25   *Hayward* "may" decide various issues applicable to this case. It is an abuse of discretion

26   for a district court to stay a habeas petition indefinitely pending resolution of a different

27   case involving parallel issues on the basis of judicial economy and to prevent an intra-

28   district split in decisions. *Yong v. INS*, 208 F.3d 1116, 1120-22 (9th Cir. 2000).

1          Accordingly, the motion for a stay is DENIED.

2          Within **60 days** of the date this order is filed, Respondent shall comply with the

3 May 7, 2008 Order to Show Cause.

4          This order terminates Docket No. 3.

5          IT IS SO ORDERED.

6 DATED: _____**JUN 2 5 2008**_____

7                                 JEFFREY S. WHITE

8                                 United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL ALLEN DUBYAK,

Plaintiff,

v.

BEN CURRY et al,

Defendant.

Case Number: CV08-00667 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Samuel Allen Dubyak - D54700
CTF-Central
P.O. Box 689
Soledad, CA 93960-0689

Dated: June 25, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk