1  Samuel A. Dubyak, D-54700
2  Box 689   C-115L
   California State Prison
3  Soledad, CA 93960-0689

4    Petitioner, in pro per

FILED
08 SEP -5 AM 10: 52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5                UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7                   SAN FRANCISCO DIVISION

8

9  SAMUEL A. DUBYAK              )   Case No. C 08-0667 JSW
                                 )
10         Petitioner,           )
                                 )   PETITIONER'S REPLY TO RESPONDENTS
11  VS.                          )   MOTION TO DISMISS, AND, MOTION TO
                                 )   WITHDRAW THE INSTANT PETITION TO
12                               )   RETURN TO THE STATE SUPREME COURT
                                 )   TO EXHAUST VIA HABEAS CORPUS
13  BEN CURRY, Warden,           )   WITH UPDATED CASE CITATIONS.
                                 )
14         Respondent.           )
                                 )

15    In response to the Respondents motion that Petitioner has not exhausted

16 his State Supreme Court remedies, however futile it would have or will be,

17 Petitioner concedes and files this instant motion to return to the State Supreme

18 Court via a habeas corpus petition for exhaustion purposes, without prejudice.

19    It is understood by Petitioner that he only has to present the habeas corpus

20 petition to the State Supreme Court and that there is no obligation on his part

21 to plead with that court to at a minimum, actually read the petition prior to

22 their post card denial. Presentation of the habeas petition to the Supreme Court

23 thus receipt of a post card denial, should be sufficient under the doctrine of

24 "fair opportunity", which should also satisfy Williams v. Craven, 460 F.2d 1253,

25 1254 (9th Cir. 1972); Picard v. Connor, 404 U.S. 270, 275 (1971); Anderson v.

26 Harless, 459 U.S. 4, 6 (1982).

27    Petitioner additionally will now have the opportunity to apply the legal

28 principles dictated in In re Lawrence, Cal.4th ____,____, pages 1-39, and,

In re Shaputis, Supreme Court case No. S155872, pages 1-25, applicable to Petitioner's issues.

Assuming the standard of the State Supreme Court to not even address the issues that will be presented in his habeas corpus petition (not a petition for review), Petitioner will only lose a few more months of his life in place of arguing, incorrectly, that he exhausted the current petition before this Court.

Petitioner is assisting 15 inmates with habeas petitions directed against the Board of Prison Terms and had previously made the same error in MARROQUIN v. BEN CURRY, that petition was amended and an order to show cause was issued.

Petitioner does apologizes for these errors, placing extra workload upon the courts, but, Petitioner is basically blind in one eye and has recently undergone Prostate surgery and requiring other surgeries which helped create errors under stress, i.e., asking for a petition for review in the State Supreme Court in place of filing a habeas petition, said errors will not happen again.

Petitioner would like to remind this Court that his 2003 Board unsuitability decision (5 years ago) has been before this Court since January 31, 2006 (ORIGINAL FILED STAMPED DATE), and, this petition was fully exhausted at the state supreme court level, answered by the attorney general and traversed by Petitioner, Case No. C 06-0707 JSW (PR).

Is Petitioner required to pay the $5.00 filing fee again when he returns to this Court? As our illustrious Governator said in the movies "I'll be back".

DECLARATION

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of September, 2008 at Soledad, California.

*Samuel A. Dubyak*

Samuel A. Dubyak

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare that;

I am over 18 years of age, and, that I am the pro per Petitioner to the within cause of action; my complete mailing address is: Samuel A. Dubyak, D-54700 Box 689 C-115L, California State Prison, Soledad, CA 93960-0689. That I served a true and correct copy, original to the court, of the attached documents, addressed to the interested parties, by placing them in an envelope with postage fully prepaid and placing said envelopes in the prison U.S. Mail Box. (Mail box rule applicable).

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
455 GOLDEN GATE AVENUE, Suite 11000
SAN FRANCISCO, CA 94102-7004

DECLARATION

I declare under penalty of perjury that the foregoing is true and correct, executed this 1st day of September, 2008 at Soledad, California.

*[signature]*
Samuel A. Dubyak

