IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ALLEN DUBYAK,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>BEN CURRY, Warden,<br><br>　　　　Respondent. | No. C 08-0667 JSW (PR)<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL**<br><br>(Docket Nos. 6, 7) |

　　　　Petitioner, a prisoner of the State of California currently incarcerated at Correctional Training Facility in Soledad, California, filed this habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the decision by the California Board of Parole Hearings to deny Petitioner parole. On August 21, 2008, Respondent moved to dismiss the petition as unexhausted (docket no. 6). In response, Petitioner moved to withdraw the petition to exhaust his claims (docket no. 7). Petitioner's request is GRANTED and this petition is hereby VOLUNTARY DISMISSED without prejudice. This terminates all pending motions (docket nos. 6, 7).

　　　　IT IS SO ORDERED.

DATED: <u>December 4, 2008</u>

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　United States District Judge

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |

SAMUEL ALLEN DUBYAK,

        Plaintiff,

 v.

BEN CURRY et al,

        Defendant.

         Case Number: CV08-00667 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Samuel Allen Dubyak
CTF-Central
D54700
P.O. Box 689
Soledad, CA 93960-0689

Dated: December 4, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk